**From:** LE, TOMMY V
**To:** Zan Powell
**Cc:** LE, TOMMY V
**Subject:** RE: Revenue Review Insured: Fresca Holding Company LLC DOL: 12/30/2021 Claim: 85-00063284 Underwriting: Citizens of America
**Date:** Tuesday, January 18, 2022 8:37:43 AM
**Attachments:** image002.png
image003.png
image004.png
image005.png
0035Young&Associates-EV-20220001-report.pdf
FW Report for EV-20220001-0035YoungAssociates - Fresca Holding Co. Bld... (1.22 MB).msg

---

Hi Zan,

Sorry for the delay in responding to you. Our office was closed yesterday in observation of MLK.

Attached is the report from Young and Associates.

Also, the company have not completed the review of the policy regarding coverage(s). I will reach out once a full review have been completed.

Thank you

Respectfully,



Tommy V. Le
Executive General Adjuster
The Hanover Insurance Group
P.O. Box 1763
Broomfield, CO 80038

Cell: 303-638-1138
Office: 508-855-9804
Fax (508) 635-1929
Email: TLE@Hanover.com

The Hanover Insurance Group®

*Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects that person to criminal and civil penalties (In Oregon, the aforementioned actions may constitute a fraudulent insurance act which may be a crime and may subject the person to penalties). (In New York, the civil penalty is not to exceed five thousand dollars ($5,000) and the stated*

*value of the claim for each such violation).*

---

**From:** Zan Powell <Zan.Powell@frescafoodsinc.com>
**Sent:** Monday, January 17, 2022 8:25 AM
**To:** LE, TOMMY V <TLE@HANOVER.COM>
**Subject:** RE: Revenue Review

**This Message Is From an External Sender**

This message came from outside your organization.

Hi Tommy, do you have some time today to sync-up on our progress and what next steps are? I have availability today at 10:30 and 11:30 to 2:00 MST for a follow-up. As an alternative, feel free to send me a not outlining our progress and next steps.

Thank you,
Zan

-----Original Appointment-----
**From:** LE, TOMMY V <TLE@HANOVER.COM>
**Sent:** Tuesday, January 11, 2022 4:18 PM
**To:** Zan Powell
**Subject:** Accepted: Revenue Review
**When:** Wednesday, January 12, 2022 9:00 AM-9:30 AM (UTC-07:00) Mountain Time (US & Canada).
**Where:** Microsoft Teams Meeting